JOHN C. CALHOUN, Respondent, *v.* SAMUEL H. BUOK, Appellant.

*Calhoun* v. *Buck*, 108 App. Div. 366, affirmed.
(Argued November 22, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover one-half of the loss arising from a joint speculation in cotton entered into by the plaintiff and the defendant.

*John R. Dos Passos* and *Don R. Almy* for appellant.

*Achilles H. Kohn* and *Henry Wollman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.